1  MICHAEL W. FOSTER (State Bar No. 127691)
   LISA PLANK-SCHWARTZ (State Bar No. 153737)
2  FOSTER & ASSOCIATES
   610- 16th Street, Suite 310
3  Oakland, California 94612
   Tel:  (510) 763-1900
4  Fax:  (510) 763-5952

5  Attorneys for Defendants
   SARA LEE FRESH, INC.

7  MATTHEW R. EASON (State Bar No. 160148)
   KYLE K. TAMBORNINI (State Bar No. 160538)
8  EASON & TAMBORNINI
   1819 K Street, Suite 200
9  Sacramento, California 95814
   Tel:  (916) 438-1819
10 Fax:  (916) 438-1820

11 Attorneys for Plaintiff
   PHILLIP D. SMITH

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP D. SMITH, | Case No. 2:07-CV- 01374-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL  [FRCP 41(A)(1)]** |
| v. | |
| SARA LEE FRESH, INC., DOES 1 thru 20, | |
| Defendants. | |

**STIPULATION**

WHEREAS, plaintiff Phillip D. Smith and defendant Sara Lee Fresh, Inc. have reached a settlement of this matter;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to 41(a)(1).

Dated:  June 27, 2008        Respectfully Submitted,

FOSTER & ASSOCIATES

By: /s/ Michael W. Foster
MICHAEL W. FOSTER
Attorneys for Defendant
SARA LEE FRESH, INC.


EASON & TAMBORNINI

By: /s/ Matthew R. Eason
MATTHEW R. EASON
Attorneys for Plaintiff PHILLIP D. SMITH


**ORDER**

For good cause showing, IT IS THEREFORE ORDERED THAT this matter is dismissed in its entirety with prejudice.

SO ORDERED.

DATED:  June 27, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE